UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RECEIPT # 59115
AMOUNT $ 150
SUMMONS ISSUED ___ N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _m_
DATE _7-1-04_

JANE DOE, individually and as parent and )
next best friend of the minor child John Doe, )
)
                    Plaintiffs,              )
                                             )
v.                                           )   Case No.
                                             )
SEACAMP ASSOCIATION, INC., DIETER            )
CHARLES VOGT, AMERICAN ALTERNATIVE )
INAURANCE COMPANY, NATIONAL                  )
UNION INSURANCE COMPANY and                  )
FEDERAL INSURANCE COMPANY                    )
                                             )   04cv11502 RCL
                    Defendants.              )
                                             )

JOINT NOTICE OF REMOVAL          MAGISTRATE JUDGE Collings

Please take notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Federal Insurance Company ("Federal") has filed this Notice of Removal in the Office of the Clerk of the United States District Court for the District of Massachusetts. In support of this Notice, Federal states:

1.      Plaintiffs Jane and John Doe brought an action against Defendants[1] in the Superior Court of Massachusetts, Plymouth County by filing a Complaint on or about March 22, 2004. The lawsuit was assigned Case No. PLCV2004-00361. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Complaint is attached hereto as Exhibit A.

---

[1] As reflected in the original caption above, Plaintiffs' complaint named two additional defendants – Seacamp Association, Inc. ("Seacamp") and National Union Fire Insurance Company of Pittsburgh, Pa. – but plaintiffs dismissed the case against these defendants on March 24, 2004, two days after the complaint was filed. A copy of the docket for the case is attached hereto as Exhibit B.

303609 v1

Respectfully submitted,

| | |
|---|---|
| PRINCE, LOBEL, GLOVSKY & TYE | CORRIGAN JOHNSON & TUTOR |
| By: /s/ Joseph S. Sano | By: /s/ John B. Johnson |
| Joseph S. Sano (BBO #545706) | John B. Johnson (BBO #252580) |
| 585 Commercial Street | 141 Tremont Street |
| Boston, MA 02109 | Boston, MA 02111 |
| (617) 456-8000 | (617) 338-0075 |
| *Counsel for Defendant Federal Insurance Company* | *Counsel for Defendant American Alternative Insurance Company* |

**Of Counsel**

Wallace A. Christensen, Esq.
Pamela L. Signorello, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC 20006-1040
(202) 662-2000

DATED: July 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2004, I served a copy of the foregoing Defendant Federal Insurance Company's Joint Notice of Removal Motion and Civil Action Cover Sheet upon all counsel of Record.

/s/ Joseph S. Sano
Joseph S. Sano (BBO #545706)
Counsel for Defendant

2. Federal first received a copy of the Complaint in this lawsuit on June 4, 2004.

3. The basis for removal is diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a), United States District Courts have original jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Federal is a corporation organized under the laws of the State of Indiana and maintains its principal place of business in the State of New Jersey. Accordingly, under 28 U.S.C. § 1332(c)(1), Federal is a citizen of Indiana and New Jersey.

5. American Alternative Insurance Corporation ("American") is a corporation organized under the laws of the State of Delaware and maintains its principal place of business in the State of New Jersey. Accordingly, under 28 U.S.C. § 1332(c)(1), American is a citizen of Delaware and New Jersey.

6. Upon information and belief, Dieter Charles Vogt ("Vogt") is a citizen of the Union of South Africa and is currently residing in a federal penitentiary in the State of North Carolina.

7. Upon information and belief, Jane Doe is a citizen of the Commonwealth of Massachusetts, and she has alleged that she resides in Plymouth County, Massachusetts.

8. Upon information and belief, John Doe is a citizen of the Commonwealth of Massachusetts, and he has alleged that he resides in Plymouth County, Massachusetts.

9. Plaintiffs here seek damages in excess of $2 million.

10. Jurisdiction over the subject matter of this case is conferred by 28 U.S.C. §§ 1332(a)(1) and 1441(a).

11. This Notice of Removal is filed with this Court within thirty (30) days of Federal's receipt "through service or otherwise, of a copy of the initial pleading setting forth the

claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

12. A copy of this Notice of Removal also has been forwarded for filing with the Clerk of the Superior Court of Massachusetts, Plymouth County, pursuant to 28 U.S.C. § 1446(d).

13. All Defendants join in or consent to removal. Although American has not yet been served with process in this matter, it hereby joins in this Notice of Removal. Vogt has consented to removal by filing his Assent to the Removal Petition with this Court on or about June 28, 2004.[2]

Therefore, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1332, Federal and American give notice that they remove the captioned case to the United States District Court for the District of Massachusetts.

---

[2] Counsel for Federal understands that Vogt's Assent to the Removal Petition may have been filed in Doe v. Vogt, et al., Case No. 1:01-cv-11830, a case involving many of the same parties, because the instant case had not yet been removed.