## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                )
JANE DOE and JOHN DOE,                         )
                                                                )
                    Plaintiffs,                         )
                                                                )
          v.                                                 )          Case No. 04-cv-11502 (RCL)
                                                                )
SEACAMP ASSOCIATION, INC., DIETER      )
CHARLES VOGT, AMERICAN ALTERNATIVE )
INSURANCE COMPANY, NATIONAL UNION  )
FIRE INSURANCE COMPANY, and FEDERAL  )
INSURANCE COMPANY,                             )
                                                                )
                    Defendants.                         )
_____)

## ANSWER OF DEFENDANT
## <u>FEDERAL INSURANCE COMPANY</u>

Defendant Federal Insurance Company ("Federal") hereby answers the Complaint of Jane and John Doe ("Plaintiffs") as follows:

In response to the allegations contained in the introductory paragraphs of the Complaint, Federal denies that it has engaged in unfair claims settlement practices or that it has acted in violation of Massachusetts law.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the introductory paragraphs, and on that basis denies those allegations.

## FACTUAL ALLEGATIONS

1.      Federal admits, on information and belief, that plaintiff Jane Doe resides in Massachusetts.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1, and on that basis denies the allegations.

2.      Federal admits, on information and belief, that plaintiff John Doe resides in Massachusetts.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2, and on that basis denies the allegations.

3.      Federal admits, on information and belief, that defendant Vogt is a citizen of the Union of South Africa.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3, and on that basis denies the allegations.

4.      Federal admits, on information and belief, that defendant Vogt currently is imprisoned in North Carolina.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 1 fully and accurately sets forth the terms thereof.  Federal avers that the document speaks for itself.

5.      Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and on that basis denies the allegations.

6.     Federal admits, on information and belief, that defendant Seacamp is incorporated in Florida and maintains its principal place of business in Florida.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6, and on that basis denies the allegations.

7.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and on that basis denies the allegations.

8.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and on that basis denies the allegations.

9.     Federal admits, on information and belief, that defendant AAIC maintains its principal place of business in New Jersey.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9, and on that basis denies the allegations.

10.     Federal admits, on information and belief, that defendant National Union maintains its principal place of business in New York.  Federal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10, and on that basis denies the allegations.

11.     Federal admits only that it maintains its principal place of business in New Jersey.  Federal denies the remaining allegations contained in Paragraph 11.

12.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and on that basis denies the allegations.

13.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and on that basis denies the allegations.

14.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis denies the allegations.

15.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 2 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

16.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 3 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

17.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the documents attached to the Complaint as Exhibit 4 fully and accurately set forth the terms thereof. Federal avers that the documents speak for themselves.

18.    The first phrase of Paragraph 18 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the

allegation contained in the first phrase of Paragraph 18. Federal is without knowledge or information sufficient to form a belief as to the truth of the allegation contained in the second phrase of Paragraph 18, and on that basis denies the allegation.

19.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19, and on that basis denies the allegations.

20.     Paragraph 20 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 20.

21.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21, and on that basis denies the allegations.

22.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22, and on that basis denies the allegations.

23.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23, and on that basis denies the allegations.

24.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24, and on that basis denies the allegations.

25.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25, and on that basis denies the allegations.

26.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26, and on that basis denies the allegations.

27.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and on that basis denies the allegations.

28.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28, and on that basis denies the allegations.

29.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29, and on that basis denies the allegations.

30.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30, and on that basis denies the allegations.

31.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 5 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

32.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 6 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

33.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and on that basis denies the allegations.

34.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34, and on that basis denies the allegations.

35.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 7 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

36.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 8 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

37.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37, and on that basis denies the allegations.

38.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 8 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

39.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 9 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

40.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40, and on that basis denies the allegations.

41.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41, and on that basis denies the allegations.

42.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42, and on that basis denies the allegations.

43.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43, and on that basis denies the allegations.

44.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the documents attached to the Complaint as Exhibit 10 fully and accurately sets forth the terms thereof. Federal avers that the documents speak for themselves.

45.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45, and on that basis denies the allegations.

46.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46, and on that basis denies the allegations.

47.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47, and on that basis denies the allegations. Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 11 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

48.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48, and on that basis denies the allegations.

49.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49, and on that basis denies the allegations.

50.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50, and on that basis denies the allegations.

51.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51, and on that basis denies the allegations.

52.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52, and on that basis denies the allegations.

53.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53, and on that basis denies the allegations.

54.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and on that basis denies the allegations.

55.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55, and on that basis denies the allegations.

56.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56, and on that basis denies the allegations.

57.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57, and on that basis denies the allegations.

58.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58, and on that basis denies the allegations.

59.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59, and on that basis denies the allegations.

60.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60, and on that basis denies the allegations.

61.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61, and on that basis denies the allegations.

62.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62, and on that basis denies the allegations.

63.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63, and on that basis denies the allegations.

64.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64, and on that basis denies the allegations.

65.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65, and on that basis denies the allegations.

66.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66, and on that basis denies the allegations.

67.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67, and on that basis denies the allegations.

68.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68, and on that basis denies the allegations.

69.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69, and on that basis denies the allegations.

70.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70, and on that basis denies the allegations.

71.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71, and on that basis denies the allegations.

72.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72, and on that basis denies the allegations.

73.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73, and on that basis denies the allegations.

74.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74, and on that basis denies the allegations.

75.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75, and on that basis denies the allegations.

76.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76, and on that basis denies the allegations.

77.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77, and on that basis denies the allegations.

78.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78, and on that basis denies the allegations.

79.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79, and on that basis denies the allegations.

80.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80, and on that basis denies the allegations.

81.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81, and on that basis denies the allegations.

82.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82, and on that basis denies the allegations.

83.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83, and on that basis denies the allegations.

84.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84, and on that basis denies the allegations.

85.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85, and on that basis denies the allegations.

86.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86, and on that basis denies the allegations.

87.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87, and on that basis denies the allegations.

88.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88, and on that basis denies the allegations.

89.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89, and on that basis denies the allegations.

90.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90, and on that basis denies the allegations.

91.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91, and on that basis denies the allegations.

92.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92, and on that basis denies the allegations.

93.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93, and on that basis denies the allegations.

94.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94, and on that basis denies the allegations.

95.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95, and on that basis denies the allegations.

96.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96, and on that basis denies the allegations.

<u>CAUSES OF ACTION</u>

<u>Count I</u>

97.     Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-96 above as if fully set forth herein.

304318 v1                                        16

98.     Paragraph 98 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 98.

99.     Paragraph 99 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 99.

100.     Paragraph 100 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 100.

101.     Paragraph 101 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 101.

102.     Paragraph 102 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 102.

103.     Paragraph 103 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 103.

104.     Paragraph 104 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 104.

105.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105, and on that basis denies the allegations.

106.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106, and on that basis denies the allegations.

107.    Paragraph 107 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 107.

108.    Paragraph 108 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 108.

<u>Count II</u>

109.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-108 above as if fully set forth herein.

110.    Paragraph 110 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 110.

111.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111, and on that basis denies the allegations.

112.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112, and on that basis denies the allegations.

113.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113, and on that basis denies the allegations.

114.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114, and on that basis denies the allegations.

115.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115, and on that basis denies the allegations.

116.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116, and on that basis denies the allegations.

117.    Paragraph 117 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 117.

118.    Paragraph 118 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 118.

## Count III

119.     Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-118 above as if fully set forth herein.

120.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120, and on that basis denies the allegations.

121.     Paragraph 121 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 121.

122.     Paragraph 122 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 122.

123.     Paragraph 123 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 123.

124.     Paragraph 124 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 124.

125.     Paragraph 125 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 125.

<u>Count IV</u>

126.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-125 above as if fully set forth herein.

127.    Paragraph 127 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 127.

128.    Paragraph 128 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 128.

129.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129, and on that basis denies the allegations.

130.    Paragraph 130 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 130.

131.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131, and on that basis denies the allegations.

132.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132, and on that basis denies the allegations.

133.     Paragraph 133 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 133.

134.     Paragraph 134 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 134.

<u>Count V</u>

135.     Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-134 above as if fully set forth herein.

136.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136, and on that basis denies the allegations.

137.     Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137, and on that basis denies the allegations.

138.     Paragraph 138 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 138.

<u>Count VI</u>

139.     Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-138 above as if fully set forth herein.

140.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140, and on that basis denies the allegations.

141.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141, and on that basis denies the allegations.

142.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142, and on that basis denies the allegations.

143.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143, and on that basis denies the allegations.

144.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144, and on that basis denies the allegations.

145.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145, and on that basis denies the allegations.

146.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146, and on that basis denies the allegations.

147.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147, and on that basis denies the allegations.

148.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148, and on that basis denies the allegations.

149.    Paragraph 149 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 149.

<u>Count VII</u>

150.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-149 above as if fully set forth herein.

151.    Paragraph 151 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 151.

152.    Paragraph 152 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 152.

<u>Count VIII</u>

153.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-152 above as if fully set forth herein.

154.    Paragraph 154 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 154.

155.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155, and on that basis denies the allegations.

156.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156, and on that basis denies the allegations.

157.    Paragraph 157 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 157.

<u>Count IX</u>

158.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-157 above as if fully set forth herein.

159.    Paragraph 159 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 159.

160.    Paragraph 160 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 160.

<u>Count X</u>

161.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-160 above as if fully set forth herein.

162.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162, and on that basis denies the allegations.

163.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163, and on that basis denies the allegations.

164.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164, and on that basis denies the allegations.

165.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 12 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

166.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 12 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

167.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167, and on that basis denies the allegations.

168.    Paragraph 168 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 168.

169.    Paragraph 169 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 169.

<u>Count XI</u>

170.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-169 above as if fully set forth herein.

171.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171, and on that basis denies the allegations.

172.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172, and on that basis denies the allegations.  Federal further denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 12 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.

173.    Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173, and on that basis denies the allegations.

174.    Paragraph 174 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 174.

175.    Paragraph 175 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 175.

<u>Count XII</u>

176.    Federal repeats and incorporates by reference herein each of the responses made in Paragraphs 1-175 above as if fully set forth herein.

177.    Federal denies the allegations contained in Paragraph 177.

178.    Federal admits only that it received a letter dated July 16, 2002 from Plaintiffs' counsel.  Federal denies that Plaintiffs' characterization of the document attached to the Complaint as Exhibit 12 fully and accurately sets forth the terms thereof. Federal avers that the document speaks for itself.  Federal denies the remaining allegations contained in Paragraph 178.

179.    Federal admits only that it did not make a settlement offer in connection with the action brought by Plaintiffs against Seacamp Association, Inc. ("Seacamp"), styled <u>Doe, et al. v. Vogt, et al.</u>, Case No. 01-11830-RCL (D.Mass.).  Federal denies the remaining allegations contained in Paragraph 179.

180.    Paragraph 180 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 180.

304318 v1

181.    Paragraph 181 asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Federal denies the allegations contained in Paragraph 181.

GENERAL DENIAL

Each and every allegation in the Complaint not specifically admitted above is denied, including Plaintiffs' request for relief.

AFFIRMATIVE DEFENSES

First Affirmative Defense

Plaintiffs have failed to state a claim upon which relief can be granted.

Second Affirmative Defense

Federal did not breach any agreements with Seacamp, Plaintiffs, or anyone else.

Third Affirmative Defense

Plaintiffs' claims in connection with the Not for Profit Organization Liability Policy No. 8158-45-59-EZG (the "Policy") issued by Federal to Seacamp for the policy period December 16, 2000 to December 16, 2001 are barred by the terms, conditions and exclusions of the Policy.

Fourth Affirmative Defense

There is no coverage under the Policy for Plaintiffs' claims because, among other reasons, Federal did not receive proper notice of the claim for which Plaintiffs seek to recover.

### Fifth Affirmative Defense

There is no coverage under the Policy for Plaintiffs' claims because, among other reasons, the Policy expressly excludes coverage for claims for mental or emotional distress and bodily injury.

### Sixth Affirmative Defense

There is no coverage under the Policy for Plaintiffs' claims because, among other reasons, the Policy excludes coverage for claims based upon, arising from, or in consequence of any deliberately fraudulent act or omission or any willful violation of any statute or regulation.

### Seventh Affirmative Defense

There is no coverage under the Policy for Plaintiffs' claims because, among other reasons, the Policy excludes coverage for claims based upon, arising from, or in consequence of any written, oral, express or implied contract or agreement.

### Eighth Affirmative Defense

The conduct complained of did not occur primarily and substantially in the Commonwealth of Massachusetts.

### Ninth Affirmative Defense

No insurable Loss was sustained in connection with the alleged claims referenced in the Complaint.

### Tenth Affirmative Defense

Seacamp failed to comply with conditions precedent to coverage under the Policy and breached other terms of the Policy.

<u>Eleventh Affirmative Defense</u>

Plaintiffs are not entitled to relief under M.G.L. c. 93A.

<u>Twelfth Affirmative Defense</u>

Federal complied with all obligations imposed by law.

<u>Thirteenth Affirmative Defense</u>

Federal is not liable to Plaintiffs for any monetary damages, including any costs and attorneys' fees incurred by Plaintiffs in this lawsuit.

<u>Fourteenth Affirmative Defense</u>

Plaintiffs' recovery, if any, must be reduced because of their failure to mitigate their damages.

<u>Fifteenth Affirmative Defense</u>

Plaintiffs' claims are barred by the doctrines of waiver and/or laches.

<u>Sixteenth Affirmative Defense</u>

Plaintiffs' claims may be barred by the payment or release of other Defendants.

<u>Seventeenth Affirmative Defense</u>

The Policy provides coverage only for insurable Loss in excess of the amount insured under any other valid insurance policy, prior or current.

WHEREFORE, Federal respectfully requests that Plaintiffs' Complaint be dismissed with prejudice, and that this Court award Federal such other and further relief as this Court deems just and proper.

Respectfully submitted,

PRINCE, LOBEL, GLOVSKY & TYE

/s/ Joseph S. Sano
Joseph S. Sano (BBO#545706)
585 Commercial Street
Boston, MA 02109
Phone: (617) 456-8000
Fax: (617) 456-8100

**OF COUNSEL**

ROSS, DIXON & BELL, LLP
Wallace A. Christensen
Pamela L. Signorello
2001 K Street, N.W.
Washington, D.C. 20006-1040
Phone: (202) 662-2000
Fax: (202) 662-2190

Attorneys for Defendant
Federal Insurance Company

Dated: July 9, 2004