**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| | ) | |
| JANE DOE and JOHN DOE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-cv-11502 (RCL) |
| | ) | |
| SEACAMP ASSOCIATION, INC., DIETER | ) | |
| CHARLES VOGT, AMERICAN ALTERNATIVE | ) | |
| INSURANCE COMPANY, NATIONAL UNION | ) | |
| FIRE INSURANCE COMPANY, and FEDERAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**FEDERAL INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, counsel for defendant Federal Insurance Company

("Federal") hereby certifies that Federal is a wholly owned subsidiary of The Chubb

Corporation.  The Chubb Corporation issues securities held by the public.

Respectfully submitted,

PRINCE, LOBEL, GLOVSKY & TYE

/s/ Joseph S. Sano_____
Joseph S. Sano (BBO#545706)
585 Commercial Street
**OF COUNSEL**            Boston, MA 02109
Phone: (617) 456-8000
ROSS, DIXON & BELL, LLP            Fax: (617) 456-8100
Wallace A. Christensen
Pamela L. Signorello
2001 K Street, N.W.            Attorneys for Defendant
Washington, D.C.  20006-1040            Federal Insurance Company
Phone:  (202) 662-2000
Fax:  (202) 662-2190

Dated: July 9, 2004

304451 v1