UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>SEACAMP ASSOCIATION, INC., DIETER CHARLES VOGT, AMERICAN ALTERNATIVE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 04-cv-11502 (RCL) |

## **DEFENDANT'S MOTION TO ADMIT WALLACE A. CHRISTENSEN *PRO HAC VICE***

For the above mentioned matter, the undersigned counsel attests:

1. Joseph S. Sano is a member of the bar of the State of Massachusetts;

2. Joseph S. Sano has filed an appearance in the above-captioned action;

3. The certificate required by Local Rule 83.5.3 is attached to this motion as Exhibit A.

On this basis Federal Insurance Company moves for the admission of Wallace A. Christensen *Pro Hac Vice*.

Respectfully submitted,

FEDERAL INSURANCE COMPANY

By their attorney,

Joseph S. Sano BBO#545706
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

304451 v1

## CERTIFICATE OF SERVICE

I, Joseph S. Sano, Esquire hereby certify that on this ___ day of July, 2004, I served a copy of the foregoing Defendant's Motion For *Pro Hac Vice* Admission with Exhibit via first class mail, postage pre-paid, upon the following Counsel of Record:

James P. Brady, Esq.
149 High Street
Hingham, MA 02043

John B. Johnson, Esq.
Corrigan, Johnson & Tutor
141 Tremont Street
Boston, MA 02111

Dieter Charles Vogt (Pro Se)
FCT Butner
Old Highway 75
Butner, NC 27509

_____
Joseph S. Sano

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>SEACAMP ASSOCIATION, INC., DIETER CHARLES VOGT, AMERICAN ALTERNATIVE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 04-cv-11502 (RCL) |

## APPLICATION FOR *PRO HAC VICE* CERTIFICATION

### WALLACE A. CHRISTENSEN

I, Wallace A. Christensen, pursuant to the United States District Court for the District of Massachusetts, Local Rule 83.5.3, do hereby certify the following in connection with my request for permission to appear in the above-captioned matter before this court:

1. I am an admitted member of the bar in the District of Columbia and I am in good standing in every jurisdiction in which I have been admitted into practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I certify that I have knowledge of the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury.

_____
Wallace A. Christensen

304451 v1