UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jane Doe, individually and as )
    parent and next best friend of the minor child )
John Doe, )
    Plaintiffs )
)
v. ) Civil Action
) no. 04-CV-11502-RCL
DIETER CHARLES VOGT, )
AMERICAN ALTERNATIVE INSURANCE COMPANY, )
FEDERAL INSURANCE COMPANY )
    Defendants )
)

### Plaintiffs' assented to Motion to Continue Scheduling Conference

Now come Jane Doe and John Doe, (together hereafter, the "Plaintiffs") with the assent of the American Alternative Insurance Company and Federal Insurance Company (together hereafter, the "Defendants") to move this Honorable Court to continue the Scheduling Conference for this matter, now slated for the afternoon of December 16, 2004, for a period of approximately thirty (30) days until January 19 or January 28, 2005 or some time thereafter convenient with the Court.

As reasons for their assented to Motion, Plaintiffs state that their counsel, who also happens to be a Doctor of Criminology and a published specialist in arson and urban redlining, is obliged to appear and give expert witness testimony on December 16, 2004 in the case of National Fair Housing Alliance, Inc. v. Prudential Prop. & Cas. Ins. Co., et al (U.S. Dist. Ct. D.C., no. 1:01 CV 02199-EGS). That deposition is expected to continue through the entire day of December 16th and perhaps into the next day. The parties in the Prudential case agreed to this deposition date before the Court gave notice of the Scheduling Conference in the instant case of Doe v. Vogt et al and the period for discovery in the Prudential case is nearly ended. The attorneys representing parties in the Prudential case are traveling to Boston from across the country

and it would be considerable hardship for them to reschedule to conduct the December 16th deposition in the short period of discovery remaining in that case.

As further grounds for the within Motion, Plaintiffs state that their attorney has conferred with opposing counsel for American Alternative Insurance Company and Federal Insurance Company who have assented to the present motion and have suggested January 19 and January 28, 2005 as alternative dates for the Scheduling Conference in this matter. The remaining defendant, Dieter Vogt, has never answered the Complaint. Two defendants named in the Plymouth Superior Court Complaint before removal of this matter to federal court were dismissed after that Court on March 24, 2004 approved a settlement between Plaintiffs and both SeaCamp Association, Inc. and the National Union Fire Insurance Company.

WHEREFORE, Plaintiffs entreat this Court to grant their assented to Motion and continue the Scheduling Conference in this case, now slated for December 16, 2004 for approximately thirty (30) days until January 19, 2005 or January 28, 2005 or some time thereafter convenient with the Court.

| Respectfully submitted, | Assented to, |
|---|---|
| JANE DOE, individually as parent and next best friend of the minor JOHN DOE, Plaintiffs, By their attorney, | Federal Insurance Co. Defendant |
| | By its attorney, |
| James P. Brady, Esq. (BBO# 556984) | Joseph S. Sano, Esq. (BBO #545706) |
| 149 High Street Hingham, MA 02043 (781) 749-3114 (781) 74-2319 FAX | Prince, Lobel, Glovsky & Tye, LLP 585 Commercial Street Boston, MA 02109 (617) 456-8000 |

Assented to,

American Alternative Ins. Co.,
Defendant,

By its attorney,

*/s/ John B. Johnson*

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075

Federal Insurance Co.
Defendant,

By its attorney,

_____
Wallace A. Christensen, Esq.
Pamela L. Signorello, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 662-2000
(202) 662-2190 (FAX)

Dated: November 30, 2004.

Assented to,

American Alternative Ins. Co.,
    Defendant,

By its attorney,

_____
John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075

Federal Insurance Co,
    Defendant,

By its attorney,

_Pamela C. Signorello_
Wallace A. Christensen, Esq.
Pamela L. Signorello, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 662-2000
(202) 662-2190 (FAX)

Dated: November 30, 2004.

3