UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, individually and as parent and parent and next best friend of the minor child JOHN DOE,<br>          Plaintiffs,<br><br>v.<br><br>SEACAMP ASSOCIATION, INC., DEITER CHARLES VOGT, AMERICAN ALTERNATIVE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY and FEDERAL INSURANCE COMPANY,<br>          Defendants. | C.A. NO. 04 CV 11502 (RCL) |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

I, John B. Johnson, attorney for Defendant American Alternative Insurance Company, hereby certify that I have conferred with American Alternative regarding the establishment of a budget for providing a defense in this litigation brought by the plaintiffs, including both the costs of defending through various stages as well as defending through the full course of litigation. I have also discussed the potential to resolve this matter through the use of alternative dispute resolution programs such as those outlined in Local Rules 16.4.

Signed under the pains and penalties of perjury this  12  day of January, 2005.

John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580