UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE, individually and as parent )
and parent and next best friend of the )
minor child JOHN DOE, )
              Plaintiffs, )
)
v. )      C.A. NO. 04 CV 11502 (RCL)
)
SEACAMP ASSOCIATION, INC., )
DEITER CHARLES VOGT, )
AMERICAN ALTERNATIVE )
INSURANCE COMPANY, NATIONAL )
UNION FIRE INSURANCE )
COMPANY and FEDERAL INSURANCE )
COMPANY, )
              Defendants. )

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

I, James Camerino, Vice President of American Alternative Insurance Company, hereby certify that Charles Kroh, on behalf of AAIC, has spoken with John B. Johnson, counsel for American Alternative in this litigation, regarding the establishment of a budget for providing a defense in this litigation brought by the plaintiffs, including both the costs of defending through various stages as well as defending through the full course of litigation. He has also discussed with Mr. Johnson the potential to resolve this matter through the use of alternative dispute resolution programs such as those outlined in Local Rules 16.4.

Signed under the pains and penalties of perjury this 12th day of January, 2005.

_____
James Camerino
American Alternative Insurance Company