01/12/2005 WED 15:10 FAX 202 662 2190 ROSS, DIXON & BELL ☒005
Case 1:04-cv-11502-RCL   Document 10   Filed 01/14/2005   Page 1 of 1

FROM : JPBRADY ESQ.                    PHONE NO. : 781 7402319                Jan. 12 2005 02:33PM P1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>SEACAMP ASSOCIATION, INC., DIETER CHARLES VOGT, AMERICAN ALTERNATIVE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 04-cv-11502 (RCL) |

## DEFENDANT FEDERAL INSURANCE COMPANY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant Federal Insurance Company and its counsel hereby certify that, pursuant to Local Rule 16.1(D)(3), they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Federal Insurance Company
By its authorized representative,

_____
Brooke M. Joiner
Federal Insurance Company
P.O. Box 2002
82 Hopmeadow Street
Simsbury, CT 06070

Federal Insurance Company
By its attorneys,

_____
Joseph S. Sano (BBO No. 545706) /PLW
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109
Phone: (617) 456-8000
Fax: (617) 456-8100

313045 v1