UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jane Doe, individually and as )
    parent and next best friend of the minor child )
John Doe, )
    Plaintiffs )
)
v. ) Civil Action
) no. 04-CV-11502 -RCL
DIETER CHARLES VOGT, )
AMERICAN ALTERNATIVE INSURANCE COMPANY, )
FEDERAL INSURANCE COMPANY )
    Defendants )
)

## CERTIFICATION OF COMPLIANCE
### with Local Rule 16.1(D)(3)

The undersigned counsel for the plaintiffs, Jane Doe and John Doe, hereby certifies that he has conferred with his clients on the costs of conducting this litigation through trial and on the use of alternative dispute resolution programs including options described under Local Rule 16.4.

Respectfully submitted,

*[signature]*
James P. Brady, Esq.
(counsel to plaintiffs)
(BBO# 556984)

149 High Street
Hingham, MA  02043
(781) 749-3114
(781) 74-2319 FAX

dated:  January 5, 2005.

**CERTIFICATE OF SERVICE**

I hereby certify on this day a true copy of the above document was served upon the attorney of record for each other party by mail/by hand.

Date: 1/5/04  *[signature]*