UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and as<br>      parent and next best friend of the minor child<br>John Doe,<br>      Plaintiffs<br><br>v.<br><br>DIETER CHARLES VOGT,<br>AMERICAN ALTERNATIVE INSURANCE COMPANY,<br>FEDERAL INSURANCE COMPANY<br>      Defendants | Civil Action<br>no. 04-CV-11502-RCL |

### STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST AMERICAN ALTERNATIVE INSURANCE COMPANY (pursuant to Rule 41(a) Fed.R.Civ.Proc.)

Now come the Plaintiffs, Jane Doe and John Doe (the "Plaintiffs") with the assent of the undersigned Defendants, American Alternative Insurance Company ("American Alternative") and Federal Insurance Company ("Federal"), to Move this Court, pursuant to Rule 41(a) Fed.R.Civ.Proc. to Dismiss all claims against American Alternative with no costs or attorney's fees to be paid by or awarded to either Plaintiffs or American Alternative and with all rights of appeal waived as between Plaintiffs and American Alternative.

Respectfully submitted,

JANE DOE, and
JOHN DOE,
     Plaintiffs,

By their attorney,

_____
James P. Brady, Esq.
(BBO# 556984)
149 High Street
Hingham, MA 02043
(781) 749-3114

(781) 74-2319 FAX

Assented to,

| | |
|---|---|
| American Alternative Ins. Co.,<br>Defendant, | Federal Insurance Co.<br>Defendant, |
| By its attorney, | By its attorney, |
| *John B. Johnson (JPB)* | *Wallace Christensen (JPB)* |
| John B. Johnson<br>Corrigan, Johnson & Tutor, P.A.<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 338-0075 | Wallace A. Christensen, Esq.<br>Pamela L. Signorello, Esq.<br>Ross, Dixon & Bell, LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>(202) 662-2000<br>(202) 662-2190 (FAX) |

dated: May 17, 2005.