## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE and JOHN DOE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-cv-11502 (RCL) |
| | ) | |
| DIETER CHARLES VOGT, | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
### OF CLAIMS AGAINST FEDERAL INSURANCE COMPANY
### (pursuant to Rule 41(a)(2) Fed. R. Civ. Proc.)

Now come the Plaintiffs, Jane Doe and John Doe (the "Plaintiffs"), with the assent of the

undersigned Defendant, Federal Insurance Company ("Federal"), to Move this Court, pursuant to

Rule 41(a)(2) Fed. R. Civ. Proc. to Dismiss, with prejudice, all claims against Federal, with no

costs or attorneys' fees to be paid by or awarded to either Plaintiffs or Federal, and with all rights

of appeal waived as between Plaintiffs and Federal.

Respectfully submitted,

JANE DOE and JOHN DOE, Plaintiffs

By their attorney,

James P. Brady, Esq.
(BBO# 556984)
149 High Street
Hingham, MA 02043
(781) 749-3114
(781) 749-2319 (fax)

322760 v1

Assented to:

Federal Insurance Company, Defendant

By its attorney,

Wallace A. Christensen, Esq. (admitted *pro hac vice*)
Pamela L. Wahl, Esq. (BBO No. 651483)
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC   20006-1040
(202) 662-2000
(202) 662-2190 (fax)

Dated: July **24**, 2005

**SO ORDERED:** _____